IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARLES LAMONT NORWOOD,

                                         ORDER

                Plaintiff,

      v.                                        3:07-cv-0624-bbc

CAPTAIN RADTKE, Correctional Officer at C.C.I.;
GREG GRAMS, Warden at C.C.I.;
AMY MILLARD, Complaint Examiner;
TOM GOZINSKE, Complaint Examiner;
AMY SMITH, Office of Secretary at Dept. of Corrections; and
Psychologist ANDREA NELSON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff has filed a letter dated January 11, 2008, that I construe as a motion for the court to provide him with a copy of the Federal Rules of Civil Procedure. Plaintiff says he has been unable to obtain a copy of the rules on his own because he does not have access to the internet at the prison library. First, this court does not have copies of the Federal Rules of Civil Procedure available for distribution. Second, the rules should be available in the prison library in a book titled "Federal Civil Judicial Procedure and Rules." An alternative for plaintiff is to purchase a copy of the rules by writing directly to West Group, 620 Opperman Dr., Eagan, MN, 55123. For these reasons, plaintiff's motion for the court to

1

provide him with a copy of the Federal Rules of Civil Procedure is DENIED.

Entered this 18th day of January, 2008.

>BY THE COURT:
>/s/
>STEPHEN L. CROCKER
>Magistrate Judge