# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHARLES LAMONT NORWOOD,

    Plaintiff,

v.

DYLON RADTKE, Correctional Office at C.C.I.; GREG GRAMS, Warden at C.C.I.; AMY MILLARD, Complaint Examiner; TOM GOZINSKE, Complaint Examiner; AMY SMITH, Office of Secretary at Dept. Of Corrections; and Psychologist ANDREA NELSON,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-624-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____9/17/08_____
Date